

FILED
AUG 2 3 2011

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| HARVEY CASS, | CIV 10-4159 |
| Plaintiff, | |
| vs. | ORDER |
| TIMOTHY REISCH, Director, South Dakota Department of Corrections; WILLIAM "Bill" DOOLEY, Warden, Mike Durfee State Prison, Springfield, South Dakota; and DOUG WEBER, Warden, South Dakota State Penitentiary; all in their official and individual capacities, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court is in receipt of Suggestion of Death Under Federal Rule of Civil Procedure 25, Doc. 24, in which the Court is advised that Plaintiff Harvey Cass died on July 3, 2011. Accordingly,

IT IS ORDERED That Plaintiff's Complaint will be dismissed if a Motion for Substitution is not made within ninety (90) days after the Suggestion of Death was filed

Dated this 23rd day of August, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY